Name and address:
Karin G. Pagnanelli (SBN 174763), kgp@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOCUMENT SECURITY SYSTEM, INC.,<br><br>Plaintiff(s)<br>v.<br>NICHIA CORP. AND NICHIA AMERICA CORP.<br><br>Defendant(s). | CASE NUMBER<br>2:19-cv-08172-JVS-JEM<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

TIGHE, TARA N.                         of    Schertler Onorato Mead & Sears
*Applicant's Name (Last Name, First Name & Middle Initial)*    555 - 13th Street, N.W., Suite 500 West
                                              Washington, DC  20004
202-628-4199          202-628-4177
*Telephone Number*      *Fax Number*
ttighe@schertlerlaw.com
            *E-Mail Address*                 *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
DSS, Inc.

*Name(s) of Party(ies) Represented*    ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

Karin G. Pagnanelli                    of    Mitchell Silberberg & Knupp LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    2049 Century Park East, 18th Floor
                                              Los Angeles, CA 90067-3120
174763         310-312-3746      310-231-8346
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
kgp@msk.com
            *E-Mail Address*                 *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
         ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
         ☐ for failure to complete Application: _____
         ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
         ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
         ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.
**Dated** _____

                                              U.S. District Judge/U.S. Magistrate Judge