Name and address:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| DOCUMENT SECURITY SYSTEM, INC., | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:19-cv-08172-JVS(JEMx) |
| v. | |
| NICHIA CORP. AND NICHIA AMERICA CORP. | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [52] |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

TIGHE, TARA N.      of    Schertler Onorato Mead & Sears
*Applicant's Name (Last Name, First Name & Middle Initial)*    555 - 13th Street, N.W., Suite 500 West

202-628-4199      202-628-4177      Washington, DC 20004
*Telephone Number*    *Fax Number*

ttighe@schertlerlaw.com
*E-Mail Address*    *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

DSS, Inc.

*Name(s) of Party(ies) Represented*    ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

and designating as Local Counsel

Karin G. Pagnanelli      of    Mitchell Silberberg & Knupp LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    2049 Century Park East, 18th Floor

174763      310-312-3746      310-231-8346      Los Angeles, CA 90067-3120
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

kgp@msk.com
*E-Mail Address*    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.

☐ DENIED:  ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application: _____
            ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
            ☐ because

IT IS HEREBY FURTHER ORDERED THAT the Application fee ☒ paid: ☐ be refunded ☐ not be refunded.

Dated 7/12/2023        _____
                                        U.S. District Judge