**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Document Security Systems, Inc. | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:19-cv-08172-JVS-JEMx |
| v. | |
| Nichia Corporation et al | ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS |
| DEFENDANT(S). | |

In accordance with the Notice to Filer of Deficiencies in Filed Documents

**REGARDING:**

| 8/30/2023 | 55 | Request for Approval of Substitution or Withdrawal |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

☐ The document is stricken
☐ The hearing date has been rescheduled to _____ at _____.
☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☑ Other:

Filer shall consult the Notice of Deficiency and correct all deficiencies prior to re-filing.

Dated: 9/5/2023

By: /s/ James V. Selna
U.S. District Judge / U.S. Magistrate Judge