Name and address:
Brian D. Ledahl (SBN 186579)
Russ August & Kabat
12424 Wilshire Boulevard 12th Floor
Los Angeles, California 90025

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DSS, Inc.,<br><br>                                     PLAINTIFF(S)<br>v.<br>Nichia Corporation; and Nichia America Corporation<br><br>                                     DEFENDANT(S) | CASE NUMBER:<br><br>No. 2:19-cv-08172-JVS- (JEMx)<br><br>**REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL** |

## INSTRUCTIONS

Generally, an attorney may withdraw from representing a party in a case without the Court's permission **if** another member of the attorney's firm or agency will continue to represent that party **and** the withdrawing attorney is not the only member in good standing of the Bar of this Court representing that party. In that circumstance, the withdrawing attorney should complete and file a "Notice of Appearance or Withdrawal of Counsel" (Form G-123), instead of this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01).

Notably, however, Court permission for withdrawal or substitution **is** required if no member of the withdrawing attorney's firm or agency will remain as counsel of record. In such circumstances, the attorney(s) seeking to withdraw should complete and file this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01), and submit a proposed "Order on Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01 Order).

If the circumstances surrounding an attorney's withdrawal or request to substitute other counsel are not covered by this Form G-01, the attorney may instead file a regularly noticed motion supported by a more detailed memorandum of points and authorities.

### SECTION I - WITHDRAWING ATTORNEY

*Please complete the following information for the attorney seeking to withdraw (provide the information as it currently appears on the docket; if the attorney appeared pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Brain D. Ledahl      CA Bar Number: 186579

Firm or agency: Russ August & Kabat

Address: 12424 Wilshire Boulevard, 12th Floor, Los Angeles, California 90025

Telephone Number: 310 826-7474      Fax Number: 310 826-6991

E-mail: bledahl@raklaw.com

Counsel of record for the following party or parties: Plaintiff, Document Security Systems, Inc.

Other members of the same firm or agency also seeking to withdraw: Neil A. Rubin, Jacob R. Buczko, Paul A. Kroeger and Minna Chan

## SECTION II - NEW REPRESENTATION

☐ No new counsel is necessary. The party or parties represented by the attorney(s) seeking to withdraw will continue to be represented by another attorney/firm who has already entered an appearance as counsel of record for that party or parties in this case, and who is a member in good standing of the Bar of this Court.

☐ The party or parties represented by the attorney(s) seeking to withdraw have not retained new counsel and wish to proceed *pro se*, as self-represented litigants.

☒ The party or parties represented by the attorney(s) seeking to withdraw have retained the following new counsel, who is a member in good standing of the Bar of this Court:

Name: Karin G. Pagnanelli          CA Bar Number: 174763

Firm or agency: Mitchell Silberberg & Knupp LLP

Address: 2049 Century Park East, 18th Floor, Los Angeles, CA 90067

Telephone Number: 310 312-3746          Fax Number:

E-mail: kgp@msk.com

## SECTION III - SIGNATURES

### Withdrawing Attorney

I am currently counsel of record in this case, and am identified above in Section I as the "Withdrawing Attorney." I have given notice as required by Local Rule 83-2.3. I hereby request that I and any other attorney(s) listed in Section I be allowed to withdraw from this case.

Date: 09/06/23          Signature: /s/ Brian D. Ledahl

Name: Brian D. Ledahl

### New Attorney (if applicable)

I have been retained to appear as counsel of record in this case, and my name and contact information are given above in Section II. I am a member in good standing of the Bar of this Court.

Date:          Signature:

Name:

### Party Represented by Withdrawing Attorney

I am currently represented by, or am an authorized representative of a party currently represented by, the Withdrawing Attorney listed above. I consent to the withdrawal of my current counsel, and to (*check if applicable*):

☒ substitution of counsel as specified above.

☐ representing myself *pro se* in this case.

Date: 08/29/2023          Signature: [signed] Frank T. Heuszel

Name: Frank D. Heuszel

Title: CEO, DSS, Inc.