# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DSS, Inc., <br> Plaintiff(s) <br> v. <br> Nichia Corporation; and Nichia America Corporation <br> Defendant(s) | **CASE NUMBER** <br> Case No. 2:19-cv-08172-JVS-JEMx <br><br> **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY [58]** |

The Court hereby orders that the request of:

Document Security Systems, Inc.    ☒ Plaintiff  ☐ Defendant  ☐ Other
_Name of Party_

to substitute Karin G. Pagnanelli, Mitchell Silberberg & Knupp LLP who is

☒ Retained Counsel     ☐ Counsel appointed by the Court (Criminal cases only)     ☐ Pro Se

2049 Century Park East, 18th Floor, Los Angeles, CA 90067
_Street Address_

Los Angeles, CA 90067                             kgp@msk.com
_City, State, Zip_                                _E-Mail Address_

310 312-3746                                                                  174763
_Telephone Number_              _Fax Number_              _State Bar Number_

as attorney of record instead of Brian D. Ledahl, Neil A. Rubin, Jacob R. Buczko,
_List all attorneys from same firm or agency who are withdrawing._
Paul A. Kroeger and Minna Chan

**is hereby**     ☒ **GRANTED**     ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  September 7, 2023

_[signature]_
U. S. District Judge